In The Texas Court Of Criminal Appeals

Re. Writ No's lockia17-83-1, lockia17-83-2,

lockia17-83-3, lockia17-83-4, lockia17-83-5, lockia17-83-6

lockia17-83-7

63,775-16,18,19,20,

RECEIVED IN

COURT OF CRIMINAL APPEALS

MAY 18 20...

Abel Acosta, Clerk

Ex Parte, Thomas Wayne Florence, Void TDCJ.# 429344

Unlawfully Restrained Of His Liberty In Vio-

Lation Of U.S.C.A. 4th, 5th, 6th, 8th, 14th And

Texas Constitution, Art. 1 co 4 Due Course Of Law

Im Asking This Court's Law Clerk's And

Staff Attorneys And Court Why Am I

A Pro Se Litigant. From Trial, Appeal And

Post Conviction Id. Proceedings Is Being

Discriminated Against And Being Denied

Access To Court's To Present My Valid Legal

Constitutional Claims, Fundamental And Jur-

Isdictional Defects. To This Court For A

Full And Fair Review As If I Was Rep-

Resented By Counsel.

See, Kindley v. State, 795 SW2d 261, 264 (Tex. App.

Houston 14th Dist. 1990), Pro Se Person Must

Present Argument, Record, And Authority

As Any Attorney.

Im Not Asking Nor Ever Asked for Any

Special Treatment From Any Court, Law-

Clerks, Staff Attorney's Or From True Hon.

1

Justices Of This Court. The United States Supreme Court Has Stated That This Court Should Address The Injusticies Brought To This Courts Attention. " This Court's Turning Of A **BLIND EYE** To The Writs, Supra, Is Arbitrary Forcing Me To File 2254's On Each Of These Valid Writs. That's Supported By Direct And A Preponderence Of The Evidence As Mandated.

In Id. Writs I Presented Claims That (Is) If True Would Entitle Me To Relief.

As This Court Held In Shane And John Matthews Writs I Prepared (Jasper County) In 2014.

And As This Court Recently Held In Ex-Parte Anderson, Writ No. 82,828-01 (Tex. Crim. App. 2015) Atty. Cynthia Orr.

See, Ex Parte Florence, Writs locR1217-83-1 Never Transmitted 10-26-2010 Art. 11.07, (11.06, 11.08) Cited / And Admitted By The State In locR1217-83-3 Writ That Id. Writ Was Never Sent And I've Asked Said Court To Order Writ Sent.

locR1217-83-2; locR1217-83-3; locR1217-83-4 locR1217-83-5; locR1217-83-6; locR1217-83-7

2

Art's 1107's Presented Some Of The Same Grounds (Suppression) As Ex Parte Anderson, Supra - Who's Case Was Sent Back To The Trial Court For Hearing.

The Law Clerks, Staff Attorney's And This Court Is Highly Aware Of The Injustice In Ex Parte Florence, Supra, And Of His Unlawful Imprisonment, Supported By Tons Of Exhibit's, Authorities, Argument, Record, To Be Entitled To Relief As If I Had Counsel, Kinley. 264. Supra (Ex Parte R. Anderson, Supra).

Is This Court, And Clerks And Staff Attorney's Waiting And Hoping That This Case Turns Out As (Innocent Mr. Tim Cole Who Was Unlawfully Imprisoned), Tim Cole.

This Court, Clerks, Staff Attorney's Has Clearly Sent The Wrong Messages To Galveston County. Go On And Falsely, Illegally Carry Out Your Criminal Act's And This Court Supports And Condone It. He's Just A Prose Person With No Rights

3

See, Coleman v. Thompson, 111 S.ct. 2546, 2555 Now I'm Having To File 2254's On Each State Writ And Ask The Fed. Ct. To Remand Back To State Court For Independent Investigation (TX.C.CR.PROC. ART. 1.23; 45.018, 45.019), Id. Citing, Michigan v. Long, 463 US 1032, (1983)

This Court Has Sent The Wrong Message To 1st Ct. Of Appeals Related To 01-11-00, 822 CR. Appeal Issue No.3, Etal, See 10CR1217-83-3 Writ, 10CR1217-83-4, 10-CR1217-83-5,7 Writs.

See, Ervin v. State, 331 SW 3d __ (TEX. CRIM. APP. 2010), A Texas (C.C.A) Court Of Appeals Court Is Duty Bound Under The Texas Constitution To Exercise The Full Extent Of Its Broad Appellate Powers (C.C.A.) On Questions Of Fact Brought Before It On Appeal. See, 01-11-00-822 CR Issue No.3, 10CR1217-83-2 * 10CR1217-83-3 * 10CR1217-83-4 * 10CR1217-83-5, 10CR1217-83-7.

Respectfully Submitted [signature]

PRAYER: The Injustices Stopped And Addressed In The Intrest Of Justice

5-14-2015

⊗ CERT SERV, & CERT/DAY & Verified At Travel, Correct Copy Was Sent To Justices C.C.A P.O. 12308 Austin. TX. 78711

[signature]
5-14-15